USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
: 
PAUL DENVER, :
: **ORDER**
Plaintiff, : 19-CV-1312 (AJN) (KHP)
:
-against- :
:
NANCY A. BERRYHILL, Commissioner of Social :
Security, :
:
Defendant. :
:
---------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties are requested to confer regarding consent to the jurisdiction of a Magistrate Judge for all purposes. To the extent the parties agree to proceed before a Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), they should complete a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://nysd.uscourts.gov/hon-katharine-h-parker) and submit it via ECF. This Order is not meant to interfere in any way with the parties' absolute right to a decision by a United States District Judge but is merely an attempt to preserve scarce judicial resources and remind the parties of this option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated: New York, New York
November 13, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge