# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Paul Denver,

                Plaintiff,                              19 **CIVIL** 1312 (AJN )(KHP)

        -v-                                                  **JUDGMENT**

Nancy A. Berryhill, Commissioner of Social
Security,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 1, 2020, the ("R&R") is adopted in part and denied in part, and the matter is remanded to the Commissioned for further administrative proceedings consistent with the Opinion and Order.

**Dated:** New York, New York
          June 1, 2020

                                                    **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**
                            **BY:**
                                                    **Deputy Clerk**