```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Paul Denver,                                                   :
                                                               :
                         Plaintiff,                            :
                                                               :
         -against-                                             :     19-cv-01312 (AJN)(KHP)
                                                               :
Nancy A. Berryhill,                                            :
                                                               :
                         Defendant.                            :
---------------------------------------------------------------X
```

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge**.

Plaintiff has filed a motion for attorneys' fees. To conserve judicial resources and for efficiency, the parties shall meet and confer as to whether they jointly consent to proceed before a United States Magistrate Judge as to the motion for attorneys' fees located at ECF No. 33. If they do consent, **by August 31, 2024**, they shall complete the consent form available on the Southern District website at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-4.pdf and file it with the Court. If no consent form is filed by that date, the undersigned will prepare a report and recommendation on the motion, which necessarily will not be acted upon until after the 14-day period for objections. There are no negative consequences for not consenting, and this Order is not meant to interfere in any way with the parties' absolute right to a decision on the motion by a United States District Judge—it is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

Dated:      August 14, 2024
              New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge