**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PAUL DENVER,

               Plaintiff,               19 **CIVIL** 1312 (VSB)(KHP)

   -against-                           **JUDGMENT**
                                    **For Attorney's Fees**

COMMISSIONER OF SOCIAL SECURITY,

               Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2025, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded attorney's fees in the amount of $60,841.68 under 42 U.S.C. § 406(b). Judgment is entered as per the terms stated in the **Report**.

**Dated:**  New York, New York

     March 19, 2025

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                     **BY:**
                                      **Deputy Clerk**